**Carl J. JOHNSON, Plaintiff, v. BUTLER BROS., a Corporation, Defendant.**

**George M. STIMAC, Plaintiff, v. SAME.**

**Gunnard HENDRICKSON, Plaintiff, v. SAME.**

**Civil Actions Nos. 611–613.**

District Court, D. Minnesota,

Fifth Division.

April 16, 1946.

C. A. Ryan (of Ryan, Ryan & Ryan), of Brainerd, Minn., for plaintiff in each case.

E. G. Vaughan (of Doherty, Rumble, Butler, Sullivan & Mitchell), of St. Paul, Minn., for defendant in each case.

## PER CURIAM.

The reasons for the ruling in these cases are the same as set forth in the case of Koskala v. Butler Bros., D.C., 65 F.Supp. 276.